■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN J. MCDONALD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—attempted burglary, third degree.) Present—Dillon, P. J., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIS JOHNSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—robbery, first degree.) Present—Dillon, P. J., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTON BURROWS, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTON BURROWS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—burglary, second degree.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER RAND, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—robbery, first degree.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.

■ PAUL C. NORMAN, as Chairman of the Cayuga County Republican Committee, Respondent, v JEAN LONGO et al., Constituting the Board of Elections in the County of Cayuga, Respondents, and JAMES M. SORENDO et al., Appellants.—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Respondent James D. Bennett was disqualified from holding the office of Councilman of the City of Auburn *(see,* Public Officers Law § 3 [1]) and thus a vacancy in that office was created *(see,* Election Law § 6-148 [1], [2]). (Appeal from order of Supreme Court, Cayuga County,